**Order entered August 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00537-CV

**NAIL ROAD 1, LP, Appellant**

**V.**

**DALLAS COUNTY, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17321**

**ORDER**

The clerk's record in this appeal has not been filed because the clerk's fee has not been paid. By letter filed August 17, 2020, appellant informs the Court it has not received an invoice from the district clerk's office and notes it designated the documents it wanted included in the clerk's record on June 30, 2020. Appellant states it is prepared to pay the clerk's fee upon billing and requests we order the district clerk to send the invoice and file the record.

We **GRANT** the request to the extent we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record, in accordance with appellant's June 30th designation and Texas Rule of Appellate Procedure 35.3(a), no later than September 8, 2020. *See* TEX. R. APP. P. 35.3(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    KEN MOLBERG
        JUSTICE